Return a Copy                    Case # 58CR25-186

POPE COUNTY CIRCUIT COURT

4:25-CM-67-DPM

STATE OF ARKANSAS

—v—

MICHAEL ASHMORE

—v—

COUNTER - CLAIM
COMPULSORY
STATE OF ARKANSAS
et al

CONSTITUTIONAL QUESTION OF LAW

REMOVAL FROM STATE COURT
28 USC § 1441 - 1455

COUNTER - CLAIM
Rule 13 Fed & STATE R.C.Pro.

28 USC § 1441 - 1455   Removal From STATE Court

Rule 13 Fed & STATE Rules of Civil Pro.

United States of America Constitution

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 08 2025
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK